UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOISES SANDOVAL, MANUEL SANDOVAL, SALEH ALDAILAM, EMILIO TORRES, and FOUSSEYNOU DIALLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>GALAXY GENERAL CONTRACTING CORP., S & Z CONSTRUCTION CORP., MORNINGSIDE BUILDERS LLC, PUTNAM-DEEGAN L.P., STEVE ZERVOUDIS, and JOHN DOE BONDING COMPANIES 1 THROUGH 20,<br><br>Defendants. | 10 Civ. 5771 (PGG)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the Declarations of Lloyd R. Ambinder, Esq. and Steven Arenson, Esq., and annexed exhibits, the undersigned will move this Court before the Honorable Paul G. Gardephe, at the Thurgood Marshall United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, 10007, on August 15, 2013, at 10:00 a.m. for an Order: a) granting Final Approval of the Settlement of this Action; b) such other relief that the Court sees fit.

Dated: August 6, 2013
    New York, New York

                                                **ARENSON DITTMAR & KARBAN**

                                                _/s/ Steven Arenson_
                                                Steven Arenson, Esq.
                                                295 Madison Avenue, Suite 700
                                                New York, New York 10017
                                                Tel:  (212) 490-3600

                            and

                                                **VIRGINIA & AMBINDER, LLP**

                                                _/s/ Lloyd Ambinder, Esq._
                                                Lloyd Ambinder, Esq.
                                                111 Broadway, Suite 1403
                                                New York, New York 10006

                Tel:   (212) 943-9080
                Fax:  (212) 943-9082

*__Attorneys for Plaintiffs and Class__*

To:    Domenique Camacho Moran, Esq.
        Heather P. Harrison, Esq.
        FARRELL FRITZ, P.C.
        1320 RXR Plaza
        Uniondale, New York 11556
        (516) 227-0700